**Exhibit 2**

IN THE CIRCUIT COURT OF CLAY COUNTY, MISSOURI
ASSOCIATE CIRCUIT DIVISION

FILED JUL 17 2023
CLAY COUNTY
CIRCUIT COURT TIME: _____

Northgate MHP Lindale LLC
GBH Property, LLC

PLAINTIFF

CASE NO.: 23CY-CV05969
VS.                                 DIVISION: 9

Jessica Abarca

JOHN/JANE DOE
                        DEFENDANT(S)

## JUDGMENT ENTRY

NOW, on 07/17/2023, this cause comes before the Court. Plaintiff appears by counsel, Steve N. Gatzoulis. Defendant(s):

Jessica Abarca: ( ) appears in person (X) appears not ( ) Consents to Judgment
: ( ) appears in person ( ) appears not ( ) Consents to Judgment
John/Jane Doe: ( ) appears in person (X) appears not ( ) Consents to Judgment

Whereupon evidence is considered and the Court finds the issues in favor of the Plaintiff and against Defendant(s).

It is therefore ORDERED, ADJUDGED AND DECREED that Plaintiff have and recover from the Defendant(s) possession of the premises located in CLAY County and commonly known as **1260 NE Hwy 69 #55, Claycomo MO 64068**

It is FURTHER ORDERED, ADJUDGED AND DECREED Plaintiff have and recover of and from Defendant(s) Jessica Abarca, ;

| DAMAGES OWED TO PLAINTIFF | |
| --- | --- |
| DESCRIPTION | AMOUNT |
| RENT | $ 1773.00 |
| LATE FEES SET OUT IN CONTRACT | $ 180.00 |
| CONCESSIONS | $0 |
| UTILITIES | $ 70.50 |
|  | $0 |

02 MO JE R&P Rev 01032017

| BAD CHECK CHARGES | $0 |
|---|---|
| ATTORNEY'S FEES (If applicable) | $ 350.00 |
| SPECIAL PROCESS SERVER FEES | $ 51.50 |
| TOTAL DAMAGES OWED TO PLAINTIFF | $2,425.00 |

It is **FURTHER ORDERED, ADJUDGED AND DECREED** that costs are assessed against Defendant(s) and interest shall accrue at the statutory rate of 9% per annum.

**LET EXECUTION ISSUE.**

JUDGE Daniel L White

02 MO JE R&P Rev 01032017