DEC, ProSeDebtor

## U.S. Bankruptcy Court
### Western District of Missouri (Kansas City)
### Bankruptcy Petition #: 23-41037-7

Date filed: 07/31/2023

**Exhibit 4**

Assigned to:
Chapter 7
Voluntary
No asset

**Debtor 1**
Jessica Lynn Abarca
1260 NE US Hwy 69
TRLR #55
Liberty, MO 64068
CLAY-MO
816-286-7296
SSN / ITIN: xxx-xx-2265

represented by **Jessica Lynn Abarca**
PRO SE

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Filing Date | # | Docket Text |
|---|---|---|
| 07/31/2023 | 10 (1 pg) | Statement About Payment of Eviction Judgment (Form 101B). (Donovan, Sydney (crt)) (Entered: 07/31/2023) |
| 07/31/2023 | 9 (1 pg) | Initial Statement about an Eviction Judgment (Form 101A) (Donovan, Sydney (crt)) (Entered: 07/31/2023) |
| 07/31/2023 | 8 | Court's Certificate of Service to Jessica Lynn Abarca 1260 NE US Hwy 69 TRLR #55 Liberty, MO 64068 via first-class US Mail on this 7/31/2023. (related document(s) 5 Pro Se Notice - public, 6 Notice of Deficiency Financial Management Course, 7 OSC Deficiencies) (Cervantes, Esperanza) (Entered: 07/31/2023) |
| 07/31/2023 | 7 | **Order to Debtor(s) to Show Cause**<br><br>The Debtor(s) is to Show Cause why the order for relief should not be set aside, these bankruptcy proceedings dismissed and, if applicable, the discharge be denied or revoked for failure to provide Schedules A/B-J, Summary of Your Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Statement of Current Monthly Income, Declaration/Verification of Schedules, Debtor(s) Evidence of Employer Payments (60 days) or Affidavit of Debtor(s) Evidence of NO Employer Payments,. This order will be deemed vacated upon timely compliance with its provisions.<br><br>It is so ORDERED by /s/ *Brian T. Fenimore*.<br><br>SPECIAL NOTE - Fillable versions of all Schedules and Statements can be found on the Federal Judiciary Website www.uscourts.gov/forms/bankruptcy-forms<br><br>Incomplete Filings due by 8/14/2023. Statement of Intent due by 8/30/2023.<br><br>The Court will serve this Order on parties not receiving electronic notice.<br>*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*<br><br>(Cervantes, Esperanza)<br><br>(Entered: 07/31/2023) |
| 07/31/2023 | 6 | **Clerk's Notice to Debtor(s)**<br><br>To receive a Discharge, each debtor is required to complete a second course called the instructional course concerning personal financial management or commonly known as Debtor Education after they have filed their case.<br><br>If proof of completion is not received by the last day to object to the discharge of the debtor (Chapter 7 bankruptcy), or by the filing date of the motion for discharge (Chapter 13 bankruptcy), the case may be closed with NO Discharge. Please contact the Clerk's Office for more information regarding this requirement. |

| | | |
|---|---|---|
| | | If the debtor(s) subsequently file(s) a motion to reopen the case to allow filing of the proof, the debtor(s) must pay the full reopening filing fee. (Cervantes, Esperanza) (Entered: 07/31/2023) |
| 07/31/2023 | 5 | **Clerk's Notice to Pro Se Debtor** There may be certain situations in which the Court may need to contact you regarding your case. Because of this, it is important your address and phone number are kept updated with the Court. The change of address or telephone number form can be found on our website at https://www.mow.uscourts.gov/forms/. You can submit these changes through written notification sent to U.S. Bankruptcy Court, 400 E. 9th Street Room 1510, Kansas City, MO 64106. Please note the Clerk's Office cannot give legal advice such as how to prepare documents or explain how your rights are affected by the bankruptcy. *The Court will serve a copy of this Notice on the pro se debtor(s).* (Cervantes, Esperanza) (Entered: 07/31/2023) |
| 07/31/2023 | 4 (3 pgs) | Application to have the Chapter 7 case opening filing fee waived Filed by Jessica Lynn Abarca . (Cervantes, Esperanza) (Entered: 07/31/2023) |
| 07/31/2023 | 3 (1 pg) | No 'Declaration Re: Electronic Filing' is required for pro se Debtor(s). A completed Official B 121 Form is attached. (Cervantes, Esperanza) (Entered: 07/31/2023) |
| 07/31/2023 | 2 (1 pg) | Debtor(s) Certificate of Credit Counseling (Cervantes, Esperanza (crt)) (Entered: 07/31/2023) |
| 07/31/2023 | 1 (16 pgs) | Chapter 7 Voluntary Petition for Individuals. () (Cervantes, Esperanza) (Entered: 07/31/2023) |

**ECF DOCUMENT**
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States Bankruptcy Court for the Western District of Missouri.

Date Filed: 7/31/23   Paige A. Wymore-Wynn, Clerk
By: _____, Deputy Clerk