# Transactions

Date Range: All

Exhibit 6

| Tenant | Account | Property | Unit | Active Start | Active End |
|---|---|---|---|---|---|
| Jessica Abarca | | Northgate MHP | 055 Northgate | 3/26/2020 | |

| Date | Reference | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 11/30/18 | | Security Deposits | | 434.00 | 434.00 |
| 11/30/18 | | Security Deposits | Tenant import | -434.00 | 0.00 |
| 04/01/22 | | Lot Rent | | 455.00 | 455.00 |
| 04/01/22 | | Waste Removal Fee | | 20.00 | 475.00 |
| 04/01/22 | | Water | | 39.59 | 514.59 |
| 04/01/22 | | Sewer | | 46.15 | 560.74 |
| 05/01/22 | | Administrative Fee | | 3.50 | 564.24 |
| 05/01/22 | | Lot Rent | | 515.00 | 1,079.24 |
| 05/01/22 | | Waste Removal Fee | | 20.00 | 1,099.24 |
| 05/01/22 | | Water | | 19.68 | 1,118.92 |
| 05/01/22 | | Sewer | | 22.94 | 1,141.86 |
| 05/20/22 | MO | Payment Received | April, May, June Assistance 019708 | -1,425.00 | -283.14 |
| 06/01/22 | | Administrative Fee | | 3.50 | -279.64 |
| 06/01/22 | | Lot Rent | | 515.00 | 235.36 |
| 06/01/22 | | Waste Removal Fee | | 20.00 | 255.36 |
| 06/01/22 | | Water | | 27.79 | 283.15 |
| 06/01/22 | | Sewer | | 50.91 | 334.06 |
| 06/06/22 | | Late Charge | | 60.00 | 394.06 |
| 06/14/22 | MO | Payment Received | 22-009042471 June | -395.00 | -0.94 |
| 07/01/22 | | Administrative Fee | | 3.50 | 2.56 |
| 07/01/22 | | Lot Rent | | 575.00 | 577.56 |
| 07/01/22 | | Waste Removal Fee | | 20.00 | 597.56 |
| 07/06/22 | | Late Charge | | 60.00 | 657.56 |
| 07/06/22 | Web Pay VISA | Payment Received | Paid By: Jessica Abarca (findabrandnewu2016@gmail.com). Auth # - 8215815913868534422 | -657.56 | 0.00 |
| 07/31/22 | Web Pay VISA | Payment Received | Paid By: Jessica Abarca (findabrandnewu2016@gmail.com). Auth # - 8202623478607038588 | -598.50 | -598.50 |
| 08/01/22 | | Administrative Fee | | 3.50 | -595.00 |
| 08/01/22 | | Lot Rent | | 575.00 | -20.00 |
| 08/01/22 | | Waste Removal Fee | | 20.00 | 0.00 |
| 09/01/22 | | Administrative Fee | | 3.50 | 3.50 |
| 09/01/22 | | Lot Rent | | 575.00 | 578.50 |
| 09/01/22 | | Waste Removal Fee | | 20.00 | 598.50 |
| 09/01/22 | Web Pay CHK | Payment Received | [NSF] Paid By Jessica Abarca (findabrandnewu2016@gmail.com) | -598.50 | 0.00 |
| 09/01/22 | Web Pay CHK | NSF Adjustment | NSF (9/1/22) Insufficient Funds R01 | 598.50 | 598.50 |
| 09/08/22 | | Late Charge | | 60.00 | 658.50 |
| 09/16/22 | Web Pay VISA | Payment Received | Paid By: Jessica Abarca (jgerk101@icloud.com). Auth # - 8217580180685512246 | -658.50 | 0.00 |
| 10/01/22 | | Administrative Fee | | 3.50 | 3.50 |
| 10/01/22 | | Lot Rent | | 575.00 | 578.50 |
| 10/01/22 | | Waste Removal Fee | | 20.00 | 598.50 |
| 10/01/22 | Web Pay VISA | Payment Received | Paid By: Jessica Abarca (findabrandnewu2016@gmail.com). Auth # - 8471582985824820 | -598.50 | 0.00 |
| 11/01/22 | | Administrative Fee | | 3.50 | 3.50 |
| 11/01/22 | | Lot Rent | | 575.00 | 578.50 |
| 11/01/22 | | Waste Removal Fee | | 20.00 | 598.50 |
| 11/01/22 | Web Pay VISA | Payment Received | Paid By: Jessica Abarca (findabrandnewu2016@gmail.com). Auth # - 8471798675604864 | -598.50 | 0.00 |
| 12/01/22 | | Administrative Fee | | 3.50 | 3.50 |
| 12/01/22 | | Lot Rent | | 575.00 | 578.50 |
| 12/01/22 | | Waste Removal Fee | | 20.00 | 598.50 |

| Date | Type | Description | Details | Amount | Balance |
|---|---|---|---|---|---|
| 12/06/22 | | Late Charge | | 60.00 | 658.50 |
| 01/01/23 | | Administrative Fee | | 3.50 | 662.00 |
| 01/01/23 | | Lot Rent | | 575.00 | 1,237.00 |
| 01/01/23 | | Waste Removal Fee | | 20.00 | 1,257.00 |
| 01/06/23 | | Late Charge | | 60.00 | 1,317.00 |
| 02/01/23 | | Administrative Fee | | 3.50 | 1,320.50 |
| 02/01/23 | | Lot Rent | | 575.00 | 1,895.50 |
| 02/01/23 | | Waste Removal Fee | | 20.00 | 1,915.50 |
| 02/06/23 | | Late Charge | | 60.00 | 1,975.50 |
| 02/24/23 | Web Pay VISA | Payment Received | Paid By: Jessica Abarca (findabrandnewu2016@gmail.com) Auth # 8736496514621121 | -2,574.00 | -598.50 |
| 03/01/23 | | Administrative Fee | | 3.50 | -595.00 |
| 03/01/23 | | Lot Rent | | 575.00 | -20.00 |
| 03/01/23 | | Waste Removal Fee | | 20.00 | 0.00 |
| 04/01/23 | | Administrative Fee | | 3.50 | 3.50 |
| 04/01/23 | | Lot Rent | | 575.00 | 578.50 |
| 04/01/23 | | Waste Removal Fee | | 20.00 | 598.50 |
| 04/06/23 | | Late Charge | | 60.00 | 658.50 |
| 04/18/23 | Web Pay VISA | Payment Received | Paid By: Jessica Abarca (findabrandnewu2016@gmail.com) Auth # 85609473599927842 | -658.50 | 0.00 |
| 05/01/23 | | Administrative Fee | | 3.50 | 3.50 |
| 05/01/23 | | Lot Rent | | 575.00 | 578.50 |
| 05/01/23 | | Waste Removal Fee | | 20.00 | 598.50 |
| 05/06/23 | | Late Charge | | 60.00 | 658.50 |
| 06/01/23 | | Administrative Fee | | 3.50 | 662.00 |
| 06/01/23 | | Lot Rent | | 599.00 | 1,261.00 |
| 06/01/23 | | Waste Removal Fee | | 20.00 | 1,281.00 |
| 06/06/23 | | Late Charge | | 60.00 | 1,341.00 |
| 07/01/23 | | Administrative Fee | | 3.50 | 1,344.50 |
| 07/01/23 | | Lot Rent | | 599.00 | 1,943.50 |
| 07/01/23 | | Waste Removal Fee | | 20.00 | 1,963.50 |
| 07/06/23 | | Late Charge | | 60.00 | 2,023.50 |
| 08/01/23 | | Administrative Fee | | 3.50 | 2,027.00 |
| 08/01/23 | | Lot Rent | | 599.00 | 2,626.00 |
| 08/01/23 | | Waste Removal Fee | | 20.00 | 2,646.00 |
| 08/06/23 | | Late Charge | | 60.00 | 2,706.00 |